**Courtney M. DeSIREY; Stephen M. DeSirey, Plaintiffs–Appellants,**

v.

**SANDALS RESORTS INTERNATIONAL, LTD., doing business as Sandals, Defendant–Appellee,**

**Unique Vacations, Inc., Defendant.**

**No. 14–1672.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2014.

Filed: Dec. 11, 2014.

Michelle E. Radice, Robert J. Radice, Horas & Radice, Saint Louis, MO, for Plaintiffs–Appellees.

Scott Allan Cole, Thomas Emerson Scott, Jr., Cole & Scott, Miami, FL, Thomas W. Hayde, Jr., Megan Meadows, Erik O. Solverud, Spencer & Fane, Saint Louis, MO, for Defendant–Appellee.

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Courtney and Stephen DeSirey appeal the district court's[1] order dismissing Sandals Resorts International, Ltd. as a defendant in this diversity action. The dismissal was based on lack of personal jurisdiction. After careful de novo review of the particular circumstances of this case, we affirm. *See Viasystems, Inc. v. EBM–Papst St. Georgen GmbH & Co., KG*, 646 F.3d 589, 592–96 (8th Cir. 2011).

---

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.